FILED
April 27, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. MAG 05-0121 GGH |
| v. | ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| BRETT BOATRIGHT, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRETT BOATRIGHT__, Case No. __MAG 05-0121 GGH__, Charge __21:333; 18:545__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 \_\_  Release on Personal Recognizance

 X  Bail Posted in the Sum of $_____

 X  Unsecured Appearance Bond $ __50,000.00__

 \_\_  Appearance Bond with 10% Deposit

 \_\_  Appearance Bond with Surety

 \_\_  Corporate Surety Bail Bond

 \_\_  (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 27, 2005__ at __2:25 p.m.__

By __/s/ Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal