```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Brett Boatright
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. MAG. S.05-121 DAD |
|---|---|
| Plaintiff, | ) **SUBSTITUTION OF ATTORNEY** |
| v. | ) |
| BRETT BOATRIGHT, | ) |
| Defendant. | ) |

It is respectfully requested that Rachelle Barbour, Assistant Federal Defender, be relieved as attorney of record and that Shari Rusk, Attorney at Law, 1710 Broadway, # 111, Sacramento, California, 95818, telephone number (916) 804-8656, be substituted in as counsel in the above-entitled case.

```
                                Respectfully submitted,

                                Shari Rusk
Dated: May 16, 2005             /s/ Shari Rusk

                                Attorney for Defendant
                                Brett Boatright
```

/////

/////

/////

```
 1                                          Rachelle Barbour
    I accept the substitution.              /s/Rachelle Barbour
 2                                           ASSISTANT FEDERAL DEFENDER

 3
    Dated: May 16, 2005
 4

 5  I consent to the substitution.          Brett Boatwright
                                            /s/Brett Boatright
 6                                           Defendant

 7  Dated: May 16, 2005

 8

 9                            ORDER

10  IT IS SO ORDERED.

11  DATED: May 17, 2005.

12
                          _____
13                         DALE A. DRCZD
                           UNITED STATES MAGISTRATE JUDGE
14

15  Ddad1/boatright0121.subatty
```

2