```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br> BRETT BOATRIGHT,                  )<br>                                   )<br>            Defendant.             )<br> _____)| Mag. No. CR. S-05-121 DAD<br><br>STIPULATION AND ORDER CONTINUING<br>PRELIMINARY HEARING AND EXCLUDING<br>TIME |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff, and Shari Rusk, Esq., counsel for defendant BRETT BOATRIGHT, that good cause exists to extend the preliminary hearing currently set for July 5, 2005, at 2:00 p.m. to August 5, 2005, pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the second request by the parties for an extension of time for the preliminary hearing.

   Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because more time will permit the parties to discuss a possible pre-indictment resolution of the case against BOATRIGHT.  The parties have already engaged in preliminary discussions which indicate a resolution may be likely.

1

1  In addition, the government has provided approximately 132 pages of
2  discovery to defense counsel and more time will permit counsel to
3  adequately assess the case against BOATRIGHT.  A continuance of the
4  preliminary hearing date will not prejudice BOATRIGHT because he is
5  presently out of custody and employed.  Both counsel believe a
6  resolution on this case may occur within the next month.
7      Counsel further stipulate that an exclusion of time from July
8  5, 2005, until August 5, 2005, is appropriate under the Speedy Trial
9  Act because the government has already produced approximately 132
10 pages of discovery to defense counsel and will be producing
11 additional discovery.  Defense counsel needs time to review the
12 material and discuss the discovery and its implications with
13 BOATRIGHT.  As a result, counsel for both parties believe time
14 should be excluded under Local Code T4 to allow reasonable time to
15 prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
16 Code T4.

18 Dated: July 1, 2005            /s/ Jason Hitt
                                  JASON HITT
19                                Assistant U.S. Attorney

20
   Dated: July 1, 2005            /s/ Shari Rusk
21                                SHARI RUSK, ESQ.
                                  Counsel for BRETT BOATRIGHT
22 _____
23     Based upon the representations by counsel and the stipulation
24 of the parties, **IT IS HEREBY ORDERED** that:
25     1.  The Court finds good cause to extend the Preliminary
26 Hearing currently set for July 5, 2005, to August 5, 2005, at 2:00
27 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
28 / / /

2

1        2.   Based upon the above representations and stipulation of
2   the parties, the Court further finds that the ends of justice
3   outweigh the best interest of the public and the defendant in a
4   speedy trial.  Accordingly, time under the Speedy Trial Act shall be
5   excluded through August 5, 2005.
6
7        IT IS SO ORDERED.
8   DATED: July 5, 2005.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE