```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRETT BOATRIGHT, ) <br> ) <br> Defendant. ) <br> _____ ) | Mag. No. 05-121 DAD <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff, and Shari Rusk, Esq., counsel for defendant BRETT BOATRIGHT, that good cause exists to extend the preliminary hearing currently set for August 5, 2005, at 2:00 p.m. to August 26, 2005, pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the third request by the parties for an extension of time for the preliminary hearing.

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because more time will permit the parties to discuss a possible pre-indictment resolution of the case against BOATRIGHT.  The parties have already engaged in extensive discussions which indicate a resolution may be likely.  In

1

addition, the government has provided approximately 132 pages of discovery to defense counsel and more time will permit counsel to adequately assess the case against BOATRIGHT. A continuance of the preliminary hearing date will not prejudice BOATRIGHT because he is presently out of custody and employed. Both counsel believe a resolution on this case may occur within the next month.

Counsel further stipulate that an exclusion of time from August 5, 2005, until August 26, 2005, is appropriate under the Speedy Trial Act because the government has already produced approximately 132 pages of discovery to defense counsel and will be producing additional discovery. Defense counsel needs time to review the material and discuss the discovery and its implications with BOATRIGHT. As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Dated: August 2, 2005          /s/ Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney

Dated: August 2, 2005          /s/ Shari Rusk
                               SHARI RUSK, ESQ.
                               Counsel for BRETT BOATRIGHT
_____

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for August 5, 2005, to August 26, 2005, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
/ / /

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through August 26, 2005.

IT IS SO ORDERED.

DATED: August 2, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/boatright0121.stipord