McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Mag. No. 05-0121 DAD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | PRELIMINARY HEARING AND EXCLUDING |
| | ) | TIME |
| BRETT BOATRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between Assistant United States

Attorney Jason Hitt, counsel for the plaintiff, and Shari Rusk,

Esq., counsel for defendant BRETT BOATRIGHT, that good cause exists

to extend the preliminary hearing currently set for August 26, 2005,

at 2:00 p.m. to September 16, 2005, pursuant to Federal Rule of

Criminal Procedure 5.1(d).  This is the fourth request by the

parties for an extension of time for the preliminary hearing.

    Good cause exists to extend the time for the preliminary

hearing within meaning of Rule 5.1(d) because the parties have

reached a pre-indictment resolution of the case against BOATRIGHT.

In addition, the government has provided approximately 132 pages of

discovery to defense counsel and more time will permit counsel to

1

1   adequately assess the case against BOATRIGHT.  A continuance of the
2   preliminary hearing date will not prejudice BOATRIGHT because he is
3   presently out of custody and employed.  Both counsel believe a
4   resolution on this case may occur within the next month.

5        Counsel further stipulate that an exclusion of time from August
6   26, 2005, until September 16, 2005, is appropriate under the Speedy
7   Trial Act because the government has already produced approximately
8   132 pages of discovery to defense counsel and will be producing
9   additional discovery.  Defense counsel needs time to review the
10  material and discuss the discovery and its implications with
11  BOATRIGHT.  As a result, counsel for both parties believe time
12  should be excluded under Local Code T4 to allow reasonable time to
13  prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
14  Code T4.

15

16  Dated: August 24, 2005          /s/ Jason Hitt
17                                  JASON HITT
                                    Assistant U.S. Attorney
18

19  Dated: August 24, 2005          /s/ Shari Rusk
                                    SHARI RUSK, ESQ.
20                                  Counsel for BRETT BOATRIGHT
    _____

21       Based upon the representations by counsel and the stipulation
22  of the parties, **IT IS HEREBY ORDERED** that:

23       1.   The Court finds good cause to extend the Preliminary
24  Hearing currently set for August 26, 2005, to September 16, 2005, at
25  2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
26  / / /
27  / / /
28  / / /

                                    2

2.    Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through September 16, 2005.

IT IS SO ORDERED.

DATED: August 25, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/boatright0121.stip&ord