FILED

NOV -2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 731-4841
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,           )
                                     )
        Plaintiff,                   )
                                     ) Case No. CR.S. 05-121 DAD
    vs.                              )
                                     ) Stipulation & Order Continuing
                                     ) Preliminary Hearing & Excluding
Brett Boatright,                     ) Time
                                     )
        Defendant

    Brett Boatright, by and through his counsel, Shari Rusk and the United States Government, by and through Assistant United States Attorney, Jason Hitt hereby agree and stipulate that good cause exists to extend the preliminary hearing currently set for November 4, 2005 be moved to December 9, 2005, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to discuss a possible pre-indictment resolution of the case against Mr. Boatright. The parties have already engaged in discussions which indicate they are very close to a resolution. In addition, more time will not prejudice Mr. Boatright because he is presently out of custody and

1

--1--

employed. Both counsel believe a resolution on this case will occur at the next hearing date.

Counsel further stipulate that under the Speedy Trial Act because the government has produced significant discovery to counsel for Mr. Boatright, counsel and Mr. Boatright will need time to review the material and discuss its implications. As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case. 18 U.S.C.§ 3161(h)(8)(B)(iv); Local Code T4.

Dated: November 1, 2005                    Respectfully submitted,

                                           Shari Rusk
                                           _____
                                           /s/Shari Rusk
                                           Attorney for Defendant
                                           Brett Boatright

Dated: November 1, 2005                    Jason Hitt
                                           _____
                                           /s/Jason Hitt
                                           Assistant United States
                                           Attorney

**ORDER**

Based upon the representation by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for November 4, 2005 to December 9, 2005 at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2

--2--

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through December 9, 2005.

IT IS SO ORDERED.

Dated: 11/2/05

_____
Hon. Magistrate Judge Dale A. Drozd