1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2751



FILED

FEB 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Mag. No. CR. S-05-121 DAD
              Plaintiff,            )
                                    )   STIPULATION AND ORDER CONTINUING
         v.                         )   PRELIMINARY HEARING AND EXCLUDING
                                    )   TIME
BRETT BOATRIGHT,                    )
                                    )
              Defendant.            )
_____)

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff, and Shari Rusk, Esq., counsel for defendant BRETT BOATRIGHT, that good cause exists to extend the preliminary hearing currently set for February 17, 2006, at 2:00 p.m. to March 24, 2006, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties are close to a pre-indictment resolution of the case against BOATRIGHT. In addition, the government has previously provided approximately 132 pages of discovery to defense counsel and more time will permit counsel to adequately assess the case against BOATRIGHT. A

1

1  continuance of the preliminary hearing date will not prejudice
2  BOATRIGHT because he is presently out of custody and employed.  Both
3  counsel believe a resolution on this case may occur within the next
4  month.

5      Counsel further stipulate that an exclusion of time from
6  February 17, 2006, until March 24, 2006, is appropriate under the
7  Speedy Trial Act because the government is finalizing a plea
8  agreement and defense counsel needs time to review the draft
9  agreement and discuss its implications with BOATRIGHT.  As a result,
10 counsel for both parties believe time should be excluded under Local
11 Code T4 to allow reasonable time to prepare defense of the case.  18
12 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

13
14 Dated: February 17, 2006      /s/ Jason Hitt
                                 JASON HITT
15                               Assistant U.S. Attorney

16
   Dated: February 17, 2006      /s/ Shari Rusk
17                               SHARI RUSK, ESQ.
                                 Counsel for BRETT BOATRIGHT
18                               Authorized to sign for Ms. RUSK
                                 on 2-16-06
19
20     Based upon the representations by counsel and the stipulation
21 of the parties, **IT IS HEREBY ORDERED** that:
22     1.   The Court finds good cause to extend the Preliminary
23 Hearing currently set for February 17, 2006, to March 24, 2006, at
24 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
25 / / /
26 / / /
27 / / /
28

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 24, 2006.

IT IS SO ORDERED.

Date: Feb 17, 2006

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE