UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. _CR-06-0274-GGH_

_Brett Boatright_

ORDER TO PAY

SOCIAL SECURITY #:
DATE OF BIRTH:
DRIVER'S LICENSE #:
ADDRESS:

CITY        STATE    ZIP CODE

**FILED**
FEB 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: _2/14/07_                    _[signature]_
                                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ _7,000.00_ and a penalty assessment of $ _50.00_ for a TOTAL AMOUNT OF $ _7,050.00_ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _Today_ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                              CLERK, USDC                    CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)    1130 O STREET, RM 5000         501 "I" STREET
POST OFFICE BOX 740026            FRESNO, CA 93721               SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _2/14/07_                    _[signature]_
                                   U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM                                                           EDCA–3