PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**          ) | |
| )                                     | |
| vs.                                   ) | **Docket Number: 2:06CR00274-01** |
| )                                     | |
| **Brett BOATRIGHT**                   ) | |
| )                                     | |

On February 14, 2007, Brett Boatright was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                                Respectfully submitted,

                                /s/ Casey Horner, Sr.

                              **CASEY HORNER, SR.
Senior United States Probation Officer**

Dated:       September 30, 2008
                Modesto, California
                CKH:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                              **DEBORAH A. SPENCER
                              Supervising United States Probation Officer**

**Re:** **Brett BOATRIGHT**
      **Docket Number:   2:06CR00274-01**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| 10/2/08 | /s/ Gregory G. Hollows |
| **Date** | **GREGORY G. HOLLOWS**<br>**United States Magistrate Judge** |

boatright.ord2

CKH:lr
Attachment:   Recommendation
cc:     United States Attorney's Office